IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3288 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNKNOWN DUTCHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 30, the motion for an extension of time, filed by the plaintiff. In filing no. 30 the plaintiff requests an extension of time in which to serve summons on the defendants. After review of the record it appears that the defendants were served in filing nos. 32 and 33. Therefore, filing no. 30 is denied as moot.

    SO ORDERED.

    DATED this 15th day of August, 2006.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge