IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYRELL KNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3288 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| OFFICER DUTCHER , et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Filing No. 83, the Motion for Extension of Time filed by the plaintiff, Tyrell Knight, who requests additional time in which to respond to the defendants' summary judgment motions. Filing no. 83 is granted, and the plaintiff shall have until June 29, 2007 to respond to the defendants' motions (Filing No. 76, as amended by Filing No. 78).

SO ORDERED.

DATED this 24th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge