IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TYRELL KNIGHT,                                  )          CASE NO. 4:05CV3288
                                                )
                Plaintiff,                      )
                                                )
        v.                                      )          ORDER
                                                )
UNKNOWN DUTCHER, C/O II,                        )
UNKNOWN THACH, C/O II,                          )
UNKNOWN GUENETTE, Sergeant,                     )
DR. UNKNOWN GENSLER, Head                       )
M.D., DR. UNKNOWN BAKER, Head                   )
psychiatrist, DANIELLE UNKNOWN,                 )
Mental Health, CHIEF DEPUTY OF                  )
CORRECTIONS, for Douglas County                 )
Correctional Jail, DOUGLAS COUNTY,              )
S. BEU, Corporal, UNKNOWN                       )
DEASES, Sergeant, and UNKNOWN                   )
CORBETT, Sergeant,                              )
                                                )
                Defendants.                     )

        IT IS ORDERED:

        The Motion to Withdraw as Attorney (Filing No. 84) is granted.

        DATED this 19th day of June, 2007.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        United States District Judge